# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS, | Case No. 3:23-cv-00500-ART-CSD |
| Plaintiff, | **ORDER APPROVING** |
| v. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| NURSE KINGTON, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Terrance Davis, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 25th day of September, 2024.

By: /s/ *Terrance Davis*
TERRANCE DAVIS
*Plaintiff, Pro Se*

DATED this 25th day of September, 2024

AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: September 26, 2024